A07A1206, A07A1207. AUSTIN et al. v. MORELAND et al.;
and vice versa.

(684 SE2d 288)

MILLER, Chief Judge.

In *Moreland v. Austin*, 284 Ga. 730 (670 SE2d 68) (2008), the Supreme Court of Georgia reversed the judgment of this Court in *Austin v. Moreland*, 288 Ga. App. 270 (653 SE2d 347) (2007).

Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Smith, P. J., and Barnes, J., concur.*

DECIDED SEPTEMBER 16, 2009.

*Green & Sapp, Henry D. Green, Jr.*, for appellants.

*Don C. Keenan, Charles H. Allen, Allan L. Galbraith*, for appellees.